PETER YOULD (SBN 339155)
peter.yould@troutman.com
**TROUTMAN PEPPER
HAMILTON SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 622-2700
Facsimile:  (949) 622-2739

*Attorney for Defendants PHH Mortgage Corporation, Western Progressive, LLC, and Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2007-AR11, Mortgage Pass-Through Certificates Series 2007-AR11, erroneously sued as Deutsche Bank Trust Company Americas*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE C. GALLAGHER,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC; DEUTSCHE BANK TRUST COMPANY AMERICAS; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00175-JAM-JDP<br><br>**ORDER EXTENDING TIME FOR EXPERT WITNESS DISCLOSURES** |

Defendants PHH Mortgage Corporation, Western Progressive, LLC, and Deutsche Bank Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2007-AR11, Mortgage Pass-Through Certificates Series 2007-AR11, erroneously sued as Deutsche Bank Trust Company Americas filed a Motion for Administrative Relief at ECF No. 19 ("Motion") seeking extension of time for expert witness disclosures. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), with good cause shown, the Court hereby orders as follows:

The Parties shall make expert witness disclosures under F.R.C.P. 26(a)(2) on or before **4/4/2023.** Supplemental disclosure and disclosure of any rebuttal experts under F.R.Cv.P.

26(a)(2)(c) shall be made on or before **5/4/2023.** All other dates and deadlines in the Pretrial Scheduling Order at ECF No. 13 shall remain unaffected, unless upon further motion or order of the court.

IT IS SO ORDERED.

Dated: February 8, 2023                                /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    SENIOR UNITED STATES DISTRICT JUDGE