PETER YOULD (SBN 339155)
peter.yould@troutman.com
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 622-2700
Facsimile:  (949) 622-2739

*Attorneys for Defendants PHH Mortgage Corporation, Western Progressive, LLC, and Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2007-AR11, Mortgage Pass-Through Certificates Series 2007-AR11, erroneously sued as Deutsche Bank Trust Company Americas*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE C. GALLAGHER,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC; DEUTSCHE BANK TRUST COMPANY AMERICAS; and DOES 1-100, inclusive,<br><br>Defendant. | Case No.  2:22-cv-00175-JAM-JDP<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR EXPERT WITNESS DISCLOSURES** |

Defendants PHH Mortgage Corporation, Western Progressive, LLC, and Deutsche Bank Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2007-AR11, Mortgage Pass-Through Certificates Series 2007-AR11, erroneously sued as Deutsche Bank Trust Company Americas filed a Motion for Administrative Relief at ECF No. 23 ("Motion") seeking extension of time for expert witness disclosures. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), with good cause shown, the Court hereby orders as follows:

The Parties shall make expert witness disclosures under F.R.C.P. 26(a)(2) on or before **4/18/2023.** Supplemental disclosure and disclosure of any rebuttal experts under F. R. Civ. P. 26(a)(2)(c) shall be made on or before **5/18/2023**. All dispositive motions shall be filed by

**6/30/2023**, and be noticed for hearing on **8/24/23**, at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson. A final pretrial conference will be set before the assigned district judge after the resolution of any dispositive motions or, if no dispositive motions are filed, after the passage of the dispositive motion deadline.  A trial date will be determined at the final pretrial conference, and the parties should be prepared to confirm a trial date within 60 to 120 days from the date of the pretrial conference.

IT IS SO ORDERED.

Dated:  April 5, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE